IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOOKER T. ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-2009-KHV |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $2,000.00.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of $2,000.00.

IT IS SO ORDERED.

Dated this 17th day of May, 2006.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/ James H. Green
James H. Green #77806
Location One Building
1734 E. 63d Street, Ste. 602
Kansas City, MO 64110
Tel (816) 361-4400
Fax (816) 361-5911
email: jameshenrygreen@yahoo.com
        Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541
Ks. S.Ct.No. 14225
Email: Chris.Allman@usdoj.gov
        Attorneys for Defendant